# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JESSE ROBERT DAVIS | Case Number: CR 15-4076-1-LTS |
| | USM Number: 02956-029 |
| | Brad Hansen |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s)    1a-b, 2c, 2e, 3, 5.1, 6a-b, 7    of the term of supervision.

■ was found in violation of    4 and 8    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a-b, 5.1, 6a-b | Use of a Controlled Substance | June 16, 2016 |
| 2c, 2e | Failure to Comply with Drug Testing | May 24, 2016 |
| 3 | Use of Alcohol | April 25, 2016 |
| 4 | Failure to Answer USPO Truthfully | May 24, 2016 |
| 7 | Failure to Abide by RRC Rules and Regulations | October 9, 2016 |
| 8 | Failure to Reside at RRC for 180 days | October 9, 2016 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant was not found in violation of    2a, 2b, 2d, 2f, 5.2    and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 27, 2016
Date of Imposition of Judgment

Signature of Judge

**Leonard T. Strand, U.S. District Judge**
Name and Title of Judge

10/27/16
Date

DEFENDANT: **JESSE ROBERT DAVIS**
CASE NUMBER: **CR 15-4076-1-LTS**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **10 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 11/07) Judgment in a Criminal Case for Revocations
         Sheet 3 — Supervised Release

Judgment—Page 3 of 3

DEFENDANT: **JESSE ROBERT DAVIS**
CASE NUMBER: **CR 15-4076-1-LTS**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**